# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**BOBBY RAY WATKINS**                                                                 **PLAINTIFF**

        v.        Civil No. 08-5217

**DEPUTY WHALES; CAPT. HUNTER PETRAY; DEPUTY BRYSON; DEPUTY ROLAND; KEITH FERGUSON; SGT. CARTER**                                                    **DEFENDANTS**

### O R D E R

Now on this 9th day of February, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #18), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claim is **dismissed**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE